UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Anthony Daunt; Tom Barrett; Aaron Beauchine; Kathy Berden; Stephen Daunt; Gerry Hildebrand; Gary Koutsoubos; Linda Lee Tarver; Patrick Meyers; Marian Sheridan; Norm Shinkle; Mary Shinkle; Paul Sheridan; Bridget Beard; Clint Tarver

        Plaintiff(s),                      Case No.

v.



        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to _____
                                                               (Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?    Yes    No

2. Does party have any parent corporations?    Yes    No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?    Yes    No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?    Yes    No
   If yes, identify entity and nature of interest:

Date: _____        _____
                                                                                    (Signature)