UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT, TOM BARRETT,
AARON BEAUCHINE, KATHY BERDEN,
STEPHEN DAUNT, GERRY
HILDENBRAND, GARY KOUTSOUBOS,   No. 1:19-cv-00614
LINDA LEE TARVER, PATRICK MEYERS,
MARIAN SHERIDAN, MARY SHINKLE,   HON. JANET T. NEFF
NORM SHINKLE, PAUL SHERIDAN,
BRIDGET BEARD, CLINT TARVER,     MAG. ELLEN S. CARMODY

    Plaintiffs,
v

JOCELYN BENSON, in her official capacity as
Michigan Secretary of State,

    Defendant.
_____

John J. Bursch (P57679)
Attorney for Plaintiffs
9339 Cherry Valley SE, #78
Caledonia, Michigan  49316
616.450.4235

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30217
Lansing, Michigan  48909
517.335.7659
_____/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

On August 19, 2019, Defendant Secretary of State Jocelyn Benson requested a pre-motion conference prior to filing a motion to dismiss in lieu of filing an answer to Plaintiffs' complaint.  Pursuant to this Court's guidelines (IIIA1d), Defendant

1

Secretary of State Jocelyn Benson also moves for an extension of time to file that responsive pleading.

Plaintiffs have already filed a motion for preliminary injunction, and the Secretary of State's brief in opposition is due on or before August 27, 2019.

WHEREFORE, Defendant Secretary of State Jocelyn Benson respectfully requests the time to file a motion to dismiss be extended to a date and time after the pre-motion conference.

Respectfully submitted,

DANA NESSEL
Attorney General

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30217
Lansing, Michigan  48909
517.335.7659
Email:  meingasth@michigan.gov
(P55439)

Dated:  August 20, 2019

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
P.O. Box 30217
Lansing, Michigan  48909
517.335.7659
Email:  meingasth@michigan.gov
P55439