# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DAUNT, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, <br><br> Defendant. | Case No. 1:19-cv-614 <br><br> HON. JANET T. NEFF <br><br> MAG. ELLEN S. CARMODY |

## PLAINTIFFS' RESPONSE TO MOTION FOR EXTENSION OF TIME

Plaintiffs Anthony Daunt, Tom Barrett, Aaron Beauchine, Kathy Berden, Stephen Daunt, Gerry Hildenbrand, Gary Koutsoubos, Linda Lee Tarver, Patrick Meyers, Marian Sheridan, Mary Shinkle, Norm Shinkle, Paul Sheridan, Bridget Beard, and Clint Tarver, do not object to a modest extension of time for Defendant Secretary of State Jocelyn Benson to answer Plaintiffs' Complaint. For example, aligning the Defendant's answer deadline with that of Defendant's brief in opposition to Plaintiffs' motion for preliminary injunction—due August 27, 2019—would be entirely appropriate. But given the need to expedite Plaintiffs' constitutional claims as quickly as possible before the January 2020 application process begins for the new

redistricting commission, Plaintiffs cannot agree to an indefinite extension of time for Defendant to file a motion to dismiss. This is particularly true given that Defendant has indicated her intent to timely file her brief in opposition to Plaintiffs' motion for preliminary injunction. Because both parties have the right to immediately appeal a grant or denial of an injunction request, it is entirely possible that disposition of that motion will moot any need to brief or argue a hypothetical motion to dismiss.

WHEREFORE, Plaintiffs respectfully request that the Court grant Defendant an additional 7 days within which to file her Answer to the Complaint.

Dated: August 20, 2019

Respectfully submitted,

| **Holtzman Vogel Josefiak Torchinsky PLLC** | **Bursch Law PLLC** |
|---|---|
| */s/ Jason Torchinsky* <br> 45 North Hill Drive, S 100 <br> Warrenton, Virginia 20106 <br> (540) 341-8800 <br> JTorchinsky@hvjt.law <br> *Attorney for Plaintiffs* | */s/ John J. Bursch* <br> 9339 Cherry Valley Ave. SE, #78 <br> Caledonia, Michigan 49316 <br> (616) 450-4235 <br> jbursch@burschlaw.com <br> *Attorney for Plaintiffs* |

*/s/ Eric E. Doster*
DOSTER LAW OFFICES, PLLC
2145 Commons Parkway
Okemos, MI 48864
(517) 977-0147
eric@ericdoster.com
 *Attorney for Plaintiffs*