UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT, TOM BARRETT,
AARON BEAUCHINE, KATHY BERDEN,
STEPHEN DAUNT, GERRY
HILDENBRAND, GARY KOUTSOUBOS,     No. 1:19-cv-00614
LINDA LEE TARVER, PATRICK MEYERS,
MARIAN SHERIDAN, MARY SHINKLE,    HON. JANET T. NEFF
NORM SHINKLE, PAUL SHERIDAN,
BRIDGET BEARD, CLINT TARVER,      MAG. ELLEN S. CARMODY

    Plaintiffs,

v

JOCELYN BENSON, in her official capacity as
Michigan Secretary of State,

    Defendant.
_____

John J. Bursch (P57679)
Attorney for Plaintiffs
9339 Cherry Valley SE, #78
Caledonia, Michigan  49316
616.450.4235

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30217
Lansing, Michigan  48909
517.335.7659
_____/

**DEFENDANT'S RESPONSE TO PROPOSED INTERVENOR-DEFENDANT'S
MOTION FOR LEAVE TO INTERVENE**

Defendant Jocelyn Benson, Michigan Secretary of State, by her attorneys, responds to Proposed Intervenor-Defendant's Motion for Leave to Intervene as follows:

Defendant Benson does not oppose the motion for leave to intervene by Count MI Vote, d/b/a Voters Not Politicians.  (R. 11.)

>Respectfully submitted,
>
>DANA NESSEL
>Attorney General
>
>*s/Heather S. Meingast*
>Heather S. Meingast (P55439)
>Erik A. Grill (P64713)
>Assistant Attorneys General
>Attorneys for Defendant
>P.O. Box 30217
>Lansing, Michigan  48909
>517.335.7659
>Email:  meingasth@michigan.gov
>(P55439)

Dated:  August 23, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

>*s/Heather S. Meingast*
>Heather S. Meingast (P55439)
>P.O. Box 30217
>Lansing, Michigan  48909
>517.335.7659
>Email:  meingasth@michigan.gov
>P55439

2