UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Anthony Daunt, et al., | Case No: 1:19-cv-00614 (Lead) |
| Plaintiffs, | |
| v. | Honorable Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |
| Jocelyn Benson, in her official capacity as Secretary of State, | **STIPULATED ORDER FOR THE SUBSTITUTION OF COUNSEL** |
| Defendant, | |
| Count MI Vote d/b/a Voters Not Politicians), | |
| Intervening-Defendant. | |
| _____ | Case No. 1:19-cv-00669 |
| Michigan Republican Party, Laura Cox, Terri Lynn Land, Savina Alexandra Zoe Mucci, Dorian Thompson, Hank Vaupel, | Honorable Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |
| Plaintiffs, | |
| v. | |
| Jocelyn Benson, in her official capacity as Secretary of State, | |
| Defendant, | |
| v. | |
| Count MI Vote, d/b/a Voters Not Politicians, | |
| Intervenor-Defendant. | |

# STIPULATED ORDER FOR THE SUBSTITUTION OF COUNSEL

Upon the stipulation of counsel as evidenced below, and the Court being otherwise fully advised of the premises:

**IT IS HEREBY ORDERED** that Charles R. Spies (P83260) and Robert L. Avers (P75396) of Dickinson Wright PLLC are substituted in the place of Brian D. Shekell (P75327) of Clark Hill PLC as attorneys of record for Plaintiffs Michigan Republican Party, Laura Cox, Terri Lynn Land, Savina Alexandra Zoe Mucci, Dorian Thompson, and Hank Vaupel.

**IT IS SO ORDERED.**

Dated:  September 26, 2019         /s/ Janet T. Neff
                                    U.S. District Court Judge

So stipulated and agreed.

Date: September 25, 2019

By: /s/ Brian D. Shekell (w/permission)   By: /s/ Robert L. Avers
Brian D. Shekell (P75327)                 Robert L. Avers (P75396)
Clark Hill PLC                            Dickinson Wright PLLC
500 Woodward Ave, Ste 3500                350 S. Main Street, Ste 300
Detroit, MI 48226-3435                    Ann Arbor, MI 48104
Telephone: (313) 965-8803                 Telephone: (734) 623-1672
Email: bshekell@clarkhill.com             Email: ravers@dickinsonwright.com

/s/ Charles R. Spies
Charles R. Spies (P83260)
Dickinson Wright PLLC
1825 Eye Street NW
Washington, DC 20006

Telephone: (202) 466-5964
Email: cspies@dickinsonwright.com

ANNARBOR 99998-2851 265826v2