**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTHONY DAUNT, et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

Case No. 1:19-cv-614 (Lead)

---

MICHIGAN REPUBLICAN PARTY, et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

Case No.: 1:19-cv-00669 (Member)

HON. JANET T. NEFF

---

**CERTIFICATE OF COMPLIANCE REGARDING TYPE-VOLUME LIMIT AND TYPEFACE REQUIREMENTS**

Plaintiffs' Consolidated Response To Defendants' Respective Motions To Dismiss And Plaintiffs' Consolidated Reply To Defendants' Respective Responses To Motion For Preliminary Injunction does not comply with the type-volume limitation of Local Rule 7.2(b)(ii), because, excluding the part of the document exempted by this Rule, this brief contains more than 10,800 words. This brief contains 15,560 words and is accompanied by a motion to exceed word limit.

I further certify that, this brief complies with the typeface requirements of Local Rule 7.2(b)(ii). In preparation of the foregoing, I used Microsoft Word Office 365, and that this word

processing program has been applied specifically to include all text, including heading, footnotes, and quotations in the count.

Respectfully submitted,

Dated: October 3, 2019  */s/ Gary P. Gordon*
Gary P. Gordon (P26290)
Jason T. Hanselman (P61813)
Scott A. Hughes (P75486)
Dykema Gossett PLLC
Counsel for Plaintiffs
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9133

Charles R. Spies (P83260)
Robert L. Avers (P75396)
Dickinson Wright PLLC
Counsel for Plaintiffs
215 South Washington Square, Suite 200
Lansing, MI 48933
(517) 371-1730

113759.000004 4821-1413-5208.1