# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DAUNT, *et al.*,<br><br>   Plaintiffs,<br> v.<br><br>JOCELYN BENSON, in her official<br>Capacity as Michigan<br>Secretary of State,<br><br>   Defendant,<br>and<br><br>COUNT MI VOTE d/b/a VOTERS NOT<br>POLITICIANS,<br>   Intervenor-Defendant.<br>_____<br>MICHIGAN REPUBLICAN PARTY, *et al.*<br><br>   Plaintiffs,<br> v.<br><br>JOCELYN BENSON, in her official<br>Capacity as Michigan<br>Secretary of State,<br><br>   Defendant,<br>and<br><br>COUNT MI VOTE d/b/a VOTERS NOT<br>POLITICIANS,<br>   Intervenor-Defendant. | Case No.:  1:19-cv-614 (Lead)<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:19-cv-669 (Member)<br><br><br><br>HON. JANET T. NEFF |

## PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Plaintiffs Anthony Daunt, Tom Barrett, Aaron Beauchine, Kathy Berden, Stephen Daunt, Gerry Hildenbrand, Gary Koutsoubos, Linda

2

Lee Tarver, Patrick Meyers, Marian Sheridan, Mary Shinkle, Norm Shinkle, Paul Sheridan, Bridget Beard, and Clint Tarver hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's opinion (Doc. 67) and order (Doc. 68) denying Plaintiffs' Motion for Preliminary Injunction entered in this action on the 25th day of November, 2019. *See* 28 U.S.C. § 1292(a)(1).

Dated: November 26, 2019

**Holtzman Vogel Josefiak Torchinsky PLLC**

*/s/ Jason Torchinsky*
45 North Hill Drive, S 100
Warrenton, Virginia 20106
(540) 341-8800
JTorchinsky@hvjt.law
*Attorney for Plaintiffs*

**Bursch Law PLLC**

*/s/ John J. Bursch*
9339 Cherry Valley Ave. SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com
*Attorney for Plaintiffs*

**DOSTER LAW OFFICES, PLLC**

*/s/ Eric E. Doster*
2145 Commons Parkway
Okemos, MI 48864
(517) 977-0147
eric@ericdoster.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                              Jason Torchinsky
                                              45 North Hill Drive, S 100
                                              Warrenton, Virginia 20106
                                              (540) 341-8800
                                              JTorchinsky@hvjt.law
                                              *Attorney for Plaintiffs*