UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT, et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

_____

Case No. 1:19-cv-614
(Lead)

MICHIGAN REPUBLICAN PARTY, et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:19-cv-669
(Member)

HON. JANET T. NEFF

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiffs' Complaints are DISMISSED for failure to state a claim.  All claims in these consolidated cases having been resolved, these cases are CLOSED.

Dated:  July 6, 2020

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge